Christopher J. Reichman SBN 250485
Justin Prato SBN 246968
**PRATO & REICHMAN, APC**
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Telephone: 619-886-0252
Email: chrisr@prato-reichman.com
Email: justinp@prato-reichman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERETT FINANCIAL, INC. dba SUPREME LENDING,<br><br>Defendant. | No. 8:23-CV-00362-DOC-KES<br><br>**NOTICE OF RESOLUTION**<br><br>Judge:    Hon. David O. Carter |

Plaintiff Paul Sapan ("Plaintiff"), for himself and on behalf of Defendant Everett Financial, Inc., d/b/a Supreme Lending (individually "Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter, on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal of Plaintiff's individual claims will be filed in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

| | | |
|---|---|---|
| 1 | Dated: July 24, 2023 | Respectfully submitted, |
| 2 | | **PRATO & REICHMAN, APC** |
| 3 | | |
| 4 | | By: /s/ Christopher J. Reichman |
| 5 | | Christopher J. Reichman<br>Justin Prato |
| 6 | | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant certifies that the foregoing document was served on all Parties and their counsel of record through the Court's CM/ECF filing system on July 24, 2023.

By: /s/ Christopher J. Reichman
Christopher J. Reichman